VENABLE LLP
Ari N. Rothman (SBN 296568)
  anrothman@venable.com
Bryan J. Weintrop (SBN 307416)
  bjweintrop@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:   310.229.9900
Facsimile:   310.229.9901

Attorneys for Defendant
ALL WEB LEADS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE ABBASZADEH, individually and on behalf of all others similarly situated, | Case No. 5:20-cv-00684-LHK |
| Plaintiff, | CLASS ACTION |
| v. | Assigned to: Hon. Lucy H. Koh |
| ALL WEB LEADS, INC., a Texas corporation, | **STIPULATION OF DISMISSAL** |
| Defendant. | Action Filed:   January 30, 2020<br>Trial Date:   None set |

IT IS HEREBY STIUPLATED by and between the parties to this action through their undersigned counsel of record that the above-captioned action be and hereby is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without prejudice as to claims asserted by plaintiff in her individual capacity, and without prejudice as to claims asserted by absent putative class members, and that each party is to bear its own attorneys' fees and costs.

Dated: April 16, 2020                     VENABLE LLP

                                          By:  */s/ Ari N. Rothman*
                                               Ari N. Rothman
                                               Bryan J. Weintrop
                                          Attorneys for Defendant
                                          All Web Leads, Inc.

Dated: April 16, 2020                     DAPEER ROSENBLIT LITVAK, LLP

                                          By:  */s/ William Litvak*
                                               William Litvak
                                          Attorneys for Plaintiff
                                          Michelle Abbaszadeh

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), I hereby certify that William Litvak, counsel for plaintiff, concurs in the content of this filing and has authorized this filing.

Dated: April 16, 2020                     VENABLE LLP

                                          By:  */s/ Ari N. Rothman*
                                               Ari N. Rothman
                                               Bryan J. Weintrop
                                          Attorneys for Defendant
                                          All Web Leads, Inc.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900