VENABLE LLP
Ari N. Rothman (SBN 296568)
anrothman@venable.com
Bryan J. Weintrop (SBN 307416)
bjweintrop@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: 310.229.9900
Facsimile: 310.229.9901

Attorneys for Defendant
ALL WEB LEADS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

MICHELLE ABBASZADEH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ALL WEB LEADS, INC., a Texas corporation,

Defendant.

Case No. 5:20-cv-00684-LHK

CLASS ACTION

Assigned to: Hon. Lucy H. Koh

**[~~PROPOSED~~] ORDER**

Action Filed: January 30, 2020
Trial Date: None set



VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

**~~[PROPOSED]~~ ORDER**

Having reviewed the parties' stipulation of dismissal and good cause appearing therefore, the action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), without prejudice as to claims asserted by plaintiff in her individual capacity, and without prejudice as to claims asserted by absent putative class members. Each party is to bear its own attorneys' fees and costs. The Clerk shall close the file.

**IT IS SO ORDERED**.

Date: April 17, 2020

Lucy H. Koh

Judge Lucy H. Koh
United States District Court Judge

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900